IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RENEISHA MARKS, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:24-CV-04369 |
| § | |
| BAYLOR COLLEGE OF MEDICINE, § | |
| AND DOES 1 TO 25 INCLUSIVE, § | |
| § | |
| Defendants. § | |

## NOTICE

Pursuant to the Court's Order on November 20, 2024 (Dkt. 8), Defendant Baylor College of Medicine files this Notice informing the court that it is withdrawing its Partial Motion to Dismiss (Dkt. 4), reserving its right to reassert the same arguments in a subsequently filed dispositive motion.

Respectfully submitted,

Dated: November 27, 2024

*Of Counsel:*

Jay Zhang
State Bar No. 24110574
Federal I.D. No. 3365543
JZhang@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
Telephone: 713.951.9400
Facsimile:  713.951.9212

*/s/ Luke C. MacDowall*
Luke C. MacDowall (Attorney-in-Charge)
State Bar No. 24104445
Federal I.D. No. 2983511
LMacDowall@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
Telephone: 713.951.9400
Facsimile:  713.951.9212

**ATTORNEYS FOR DEFENDANT
BAYLOR COLLEGE OF MEDICINE**

2

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record, *via* e-file notification and US mail, on this 27th day of November, 2024 to:

John L. Pittman III, Esq., LLM
The Law Offices of John L. Pittman III, APC
925 B Street, Suite 604
San Diego, California 92101
Direct: 760-575-4042
Fax: 877-575-5264
jlpittmaniii@jp31aw.com

**ATTORNEY FOR PLAINTIFF**

          */s/ Luke C. MacDowall*
          Luke C. MacDowall

2