United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Reneisha Marks, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. H-24-4369 |
| § | |
| Baylor College of Medicine, § | |
| § | |
| Defendant. § | |

### ORDER

Pursuant to the Order for Conference and Disclosure of Interested Parties the Initial Pretrial and Scheduling Conference is set for January 3, 2025 at 2:00 pm (docket no. 7). Paragraph 4 of the Order for Conference directs the parties to confer as required by Fed. R. Civ. P. 26(f) and file a joint discovery/case management plan no less than 10 days prior to the Initial Conference.

It is, therefore, **ORDERED** that Plaintiff's Motion for Remote Appearance (Unopposed) (docket no. 9) is **DENIED**.

**SIGNED** at Houston, Texas, on this 2nd day of December, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE