United States District Court
Southern District of Texas
**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Reneisha Marks, § § | |
| Plaintiff, § | |
| v. § | Civil Action No. H-24-4369 |
| § | |
| Baylor College of Medicine, § § | |
| Defendant. § | |

### ORDER

Defendant, Baylor College of Medicine, has filed a Notice (docket no. 11) withdrawing its Partial Motion to Dismiss.

Therefore, it is **ORDERED** that the Defendant Baylor College of Medicine's Partial Motion to Dismiss (docket no. 4) is **DENIED** as moot.

**SIGNED** at Houston, Texas, on this 2nd day of December, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE