IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RENEISHA MARKS,** § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 4:24-CV-04369 |
| § | |
| § | |
| **BAYLOR COLLEGE OF MEDICINE,** § | |
| **AND DOES 1 TO 25 INCLUSIVE,** § | |
| § | |
| § | |
| Defendants. § | |

### DEFENDANT BAYLOR COLLEGE OF MEDICINE'S CERTIFICATE OF SERVICE IN REMOVED ACTION

I certify compliance with the Court's Order entered upon filing of the petition for removal of this action.

On November 20, 2024, I served copies of the Order for Conference and Disclosure of Interested Parties on all other parties. A copy of the Court's Procedure was served on November 14, 2024.

Dated: December 17, 2024

*Of Counsel:*

Jay Zhang
State Bar No. 24110574
Federal I.D. No. 3365543
JZhang@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
Telephone: 713.951.9400
Facsimile:  713.951.9212

*/s/ Luke C. MacDowall*
Luke C. MacDowall (Attorney-in-Charge)
State Bar No. 24104445
Federal I.D. No. 2983511
LMacDowall@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
Telephone: 713.951.9400
Facsimile:  713.951.9212

**ATTORNEYS FOR DEFENDANT
BAYLOR COLLEGE OF MEDICINE**

2

## **CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing instrument was forwarded to counsel of record, *via* e-file notification and US mail, on this 17th day of December, 2024 to:

John L. Pittman III, Esq., LLM
The Law Offices of John L. Pittman III, APC
925 B Street, Suite 604
San Diego, California 92101
Direct: 760-575-4042
Fax: 877-575-5264
jlpittmaniii@jp31aw.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Luke C. MacDowall*
Luke C. MacDowall